# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D18-0891

———————————————

HOMESTEAD-MIAMI SPEEDWAY,
LLC,

    Appellant,

    v.

CITY OF HOMESTEAD,

    Appellee.

———————————————

On appeal from an administrative letter order of the Florida Land and Water Adjudicatory Commission.
Cynthia Kelly, Secretary.

April 30, 2018

PER CURIAM.

The order to be reviewed by this appeal is a final administrative letter order of the Florida Land and Water Adjudicatory Commission, signed by the Secretary and dated February 1, 2018. However, because the order has not been rendered by the agency, the appeal is premature. An order is rendered when a signed written copy of the order is filed with the clerk of the lower tribunal. Fla. R. App. P. 9.020(i). Where an administrative order has not been filed with the agency clerk, the agency has not rendered its final order. *Hill v. Div. of Ret.*, 687 So. 2d 1376, 1377 (Fla. 1st DCA 1997).

As Appellant acknowledges, the order to be reviewed has not been filed with the agency clerk. *See* Fla. R. App. P. 9.020(b) (defining "clerk" as "[t]he person or official specifically designated as such for the court or lower tribunal; if no person or official has been specifically so designated, the official or agent who most closely resembles a clerk in the functions performed"). Because the order was not filed, this Court lacks jurisdiction to review it.

DISMISSED.

MAKAR, WINOKUR, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Scott A. Cole and Alexandra Valdes of Cole, Scott & Kissane, P.A., Miami, for Appellant.

John J. Quick and Laura K. Wendell of Weiss Serota Helfman Cole & Bierman, P.L., Coral Gables, for Appellee.